BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
**THORNDAL ARMSTRONG, PC**
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV  89101
TEL: (702) 366-0622
FAX: (702) 366-0327
email:  bsd@thorndal.com

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| Dimonique Gibbs, individually; A.L.G., a minor (August 30, 2013), by and through his natural parent Dimonique Gibbs; A.G., a minor (July 15, 2016), by and through her natural parent Dimonique Gibbs; J.E., a minor, (April 22, 2008), by and through her natural parent Dimonique Gibbs;<br><br>Plaintiffs,<br><br>vs.<br><br>Bonnie Lyn Gutweiler, individually, Heding Truck Service, Inc., a Domestic Business, DOES I through X, and ROE Corporations I through X, inclusive;<br><br>Defendants. | CASE NO.:  2:23-cv-01896-JCM-MDC<br><br>**STIPULATION AND PROPOSED ORDER TO VACATE THE MARCH 25, 2024 SETTLEMENT CONFERENCE** |

The parties stipulate and request that the Court vacate the March 25, 2024 Settlement Conference.

The reasons for this request include the fact that the parties are in the process of responding to written discovery and gathering records and information responsive to the same.  Once those responses are completed, the defendants will be subpoenaing prior and subsequent medical records for the plaintiffs. Plaintiffs can be expected to seek additional records from the defendants.

Depositions of the fact witnesses and parties will then be taken followed by expert witness designations. In short, the presently scheduled mediation is premature. The parties suggest that the settlement conference be set at or after the close of discovery.

In addition, counsel for the Defendants has a three week jury trial starting March 18, 2024 in the case *Kathleen Jehorek v. Phillips Crane Service, LLC*, Case No. A-19-792801-C, Eighth Judicial District Court.

Therefore the parties respectfully submit that good cause exists to vacate the March 25, 2024 settlement conference and to set the same at or after the close of discovery.

DATED this 13th day of March, 2024.       DATED this 13th day of March, 2024.

H&P LAW       THORNDAL ARMSTRONG, PC

/s/ *Bre'Ahn Brooks*
By:_____       By:_____
Bre'Ahn Brooks, Esq.       BRUCE SCOTT DICKINSON, ESQ.
Marjorie L. Hauf, Esq.       Nevada Bar No. 002297
Matthew G. Pfau, Esq       600 S. Las Vegas Blvd., Suite 400
710 S. 9th Street       Las Vegas, NV 89101
Las Vegas, NV 89101
Tel: 702 598 4529/ Fax 702 598 3626       Attorneys for Defendants
Bbrooks@CourtRoomProven.com
mpfau@courtroomproven.com
mhauf@courtroomproven.com

Attorneys for Plaintiffs

**ORDER**

**IT IS SO ORDERED.**

_____
**Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 3/15/2024**

2