Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Bre'Ahn Brooks, Esq.
Nevada Bar No.: 15672
H&P LAW
710 S 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
mhauf@courtroomproven.com
mpfau@courtroomproven.com
bbrooks@courtroomproven.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| **Dimonique Gibbs, individually; A.L.G., a minor (August 30, 2013), by and through his natural parent Dimonique Gibbs; A.G., a minor (July 15, 2016), by and through her natural parent Dimonique Gibbs; J.E., a minor, (April 22, 2008), by and through her natural parent Dimonique Gibbs;** <br><br> Plaintiff, <br><br> vs. <br><br> **Bonnie Lynn Gutweiler, individually; Heding Truck Service, Inc., A Domestic Business, DOES I through X; AND ROE Corporations I through X, inclusive**, <br><br> Defendants. | Case No.: 2:23-cv-01896-JCM-MDC <br><br><br> **Stipulation and Order to Extend Discovery (First Request)** |

Pursuant to Fed R. Civ. P. 6, Fed. R. Civ. P. 26, LR IA 6-1, LR IA 6-2, LR 7-1, and LR 26-3, the parties, by and through their respective counsel of record, stipulate and agree that there is good cause to extend the discovery deadlines in the operative discovery plan [ECF No.13], as set forth below.

A. **Pursuant to LR 26-4(a), the parties stipulate that the following discovery was completed:**

   1. The parties have served initial disclosures pursuant to FRCP 26(a)(1);
   2. Plaintiff has propounded written discovery on Defendants;
   3. Defendants have propounded written discovery on Plaintiff;
   4. Defendant Bonnie Lynn Gutweiler has answered Requests for Production of Documents;
   5. Plaintiffs' have answered written discovery requests;

B. **Pursuant to LR 26-4(b), the parties stipulate that they need to complete the following discovery:**

   1. Defendant Bonnie Lynn Gutweiler's responses to Interrogatories.
   2. Defendant Heding Truck Services, Inc.'s responses to written discovery.
   3. Deposition of Plaintiff.
   4. Deposition of Defendants.
   5. Deposition of percipient witnesses.
   6. Initial and Rebuttal Expert Disclosures.
   7. Deposition of Defendant's FRCP 30(b)(6) witnesses and/or employees.
   8. Depositions of Plaintiff's medical providers.
   9. Depositions of each party's respective experts.
   10. Additional Written Discovery; and
   11. Any other discovery that may become necessary upon completion of the discovery above.

C. **Pursuant to LR 26-4(c), the parties stipulate an extension is needed for the following reasons:**

First, Defendant's counsel has had severely limited availability due to being on a

three-week trial from March 18, 2024 to April 5, 2024 in *Jehorek v. Phillips Crane*, A-19-792801-C. As such, the parties have not been able to schedule depositions including the depositions of the Defendant as well as the FRCP 30(b0(6) witness for Defendant in advance of the parties current initial expert disclosure deadline.  Based on the outstanding discovery still needed and the pending motions before the Court, there is good cause to extend the discovery deadlines ninety (90) days.

**D. Pursuant to LR 26-4(d), the parties stipulate to the following proposed schedule for completing all remaining discovery:**

The parties agree to extend all the discovery deadlines in this case by ninety (90) days, as set forth below:

1. Extend the discovery cut-off deadline from 7/26/24 to 10/24/24;
2. Extend the deadline to amend the pleadings and add parties from 5/27/24 to 8/26/24;
3. Extend the date for initial expert disclosures from 5/27/24 to 8/26/24;
4. Extend the date to disclose rebuttal expert witnesses from 6/26/24 to 9/24/24;
5. Extend the date to file dispositive motions from 8/26/24 to 11/25/24; and
6. Extend the date to file the Joint Pre-Trial Order from 9/25/24 to 12/24/24.  If dispositive motions are filed, the joint pretrial order is due thirty (30) days from the entry of the court's ruling on the motions.

7. Fed. R. Civ. P. 26(a)(3) Disclosures must be included in the Joint Pre-Trial Order.

| | |
|---|---|
| DATED this 16th day of April, 2024 | DATED this 17th day of April, 2024 |
| H&P LAW | THORNDAL ARMSTRONG, PC |
| /s/ Marjorie Hauf | /s/ Bruce Scott Dickinson |
| _____ | _____ |
| Marjorie L. Hauf, Esq.<br>Nevada Bar No.: 8111<br>Matthew G. Pfau, Esq.<br>Nevada Bar No.: 11439<br>Bre'Ahn Brooks, Esq.<br>Nevada Bar No.: 15672<br>710 S. 9th Street<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiffs* | Bruce Scott Dickinson, Esq.<br>Nevada Bar No. 2297<br>600 S. Las Vegas Boulevard<br>Suite 400<br>Las Vegas, NV 89101<br>Attorneys for Defendants<br>*Bonnie Gutweiler and Heding Truck Service, Inc.* |

## ORDER

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 4/19/2024