UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Dimonique Gibbs, *et al*, | 2:23-cv-01896-JCM-MDC |
|---|---|
| Plaintiff(s), | |
| vs. | **ORDER GRANTING STIPULATION AND ERRATA** |
| Bonnie Lynn Gutweiler*, et al*, | |
| Defendant(s). | |

**IT IS ORDERED** that the parties' *Stipulation for the Extension of Time* (ECF No. 35) (stipulation) and (ECF No. 36) (errata) is GRANTED.

**IT IS FURTHER ORDERED** that future stipulations must comply with the requirements set forth in LR IA 6-2.

DATED this 25th day of July 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge