# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Dimonique Gibbs, *et al.*,

    Plaintiff(s),

vs.

Bonnie Lynn Gutweiler, *et al.*,

    Defendant(s).

2:23-cv-01896-JCM-MDC

**ORDER DENYING MOTION AND STIPULATION**

Pending before the Court are the *Motion to Compel Discovery* (ECF No. 41) and the *Stipulation for the Extension of Time* (ECF No. 42). The Court DENIES WITHOUT PREJUDICE the *Motion to Compel Discovery.* The Court also DENIES the *Stipulation for the Extension of Time* AS MOOT.

The parties failed to comply with the Court's Standing Order (ECF No. 38) regarding discovery disputes and the *Motion to Compel Discovery* was filed in violation of such order. Therefore, the Court denies the motion to compel, but does so without prejudice. Both parties must comply with the discovery dispute procedures set forth in the Court's Standing Order (ECF No. 38). Failure to comply may result in sanctions.

ACCORDINGLY,

**IT IS ORDERED that:**

1. The *Motion to Compel Discovery* (ECF No. 41) is DENIED WITHOUT PREJUDICE.
2. The *Stipulation for the Extension of Time* (ECF No. 42) is DENIED AS MOOT.

DATED this 2nd day of October 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge