BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
**THORNDAL ARMSTRONG, PC**
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV 89101
TEL: (702) 366-0622
FAX: (702) 366-0327
email: bsd@thorndal.com

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Dimonique Gibbs, individually; A.L.G., a minor (August 30, 2013), by and through his natural parent Dimonique Gibbs; A.G., a minor (July 15, 2016), by and through her natural parent Dimonique Gibbs; J.E., a minor, (April 22, 2008), by and through her natural parent Dimonique Gibbs;<br><br>Plaintiffs,<br><br>vs.<br><br>Bonnie Lyn Gutweiler, individually, Heding Truck Service, Inc., a Domestic Business, DOES I through X, and ROE Corporations I through X, inclusive;<br><br>Defendants. | CASE NO.: 2:23-cv-01896-JCM-MDC<br><br>**Stipulation and Order for Dismissal of Plaintiffs A.L.G., a minor (August 30, 2013), A.G., a minor (July 15, 2016), and J.E., a minor, (April 22, 2008) Only, with Prejudice** |

**IT IS HEREBY STIPULATED AND AGREED**; by and between the parties and their undersigned counsel of record, that the plaintiffs A.L.G., a minor (August 30, 2013), A.G., a minor

…

…

…

…

1

(July 15, 2016), and J.E., a minor, only, may be dismissed from the above-entitled action with prejudice, each party to bear their own attorneys' fees and costs.

Dated this 21 day of January, 2025

H&P LAW

By: _____
Marjorie L. Hauf, Esq. (NBN 8111)
Mathew G. Pfau, Esq. (NBN 11439)
Bre'Ahn Brooks, Esq. (NBN 15672)
710 S 9th St., Las Vegas, NV 89101
Tel: 702 598 4529 / Fax: 702 598 3626
mhauf@courtroomproven.com
mpfau@CourtRoomProven.com
bbrooks@courtroomproven.com

Attorneys for Plaintiffs

Dated this 21st day of January, 2025

THORNDAL ARMSTRONG, PC

By: _____
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
AILEEN E. COHEN, ESQ.
Nevada Bar No. 5263
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV 89101
TEL: (702) 366-0622 / FAX: (702) 366-0327
email: bsd@thorndal.com
email: aec@thorndal.com

Attorney for Defendants

ORDER

IT IS SO ORDERED, January 22, 2025.

_____
UNITED STATES DISTRICT JUDGE

2