BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
**THORNDAL ARMSTRONG, PC**
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV  89101
TEL: (702)  366-0622
FAX: (702)  366-0327
email:  bsd@thorndal.com

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Dimonique Gibbs, individually, | CASE NO.:  2:23-cv-01896-JCM-MDC |
| Plaintiff, | |
| vs. | **Stipulation and Order to allow a One Week Extension for Defendants to file their Amended Privilege Index** |
| Bonnie Lyn Gutweiler, individually, Heding Truck Service, Inc., a Domestic Business, DOES I through X, and ROE Corporations I through X, inclusive; | |
| Defendants. | |

Plaintiff Dimonique Gibbs and Defendants, Bonnie Lyn Gutweiler and Heding Truck Service, Inc, stipulate that the Defendants may have a one (1) week extension to file their Amended Privilege Index pursuant to the Court's May 1, 2025 order. [DOC 66].  The current due date is May 22, 2025. The one (1) week extension would be until May 29, 2025.

The reason for the extension is that Grange Insurance Company has requested additional time

…

…

…

…

1

to review the privileged documents and prepare an appropriate affidavit which addresses the issues raised in the Court's May 1, 2025 order.

DATED this 22nd day of May, 2025.                    DATED this 21st day of May, 2025

H&P LAW                                              THORNDAL ARMSTRONG, PC

/s/ *Marjorie L. Hauf*

By:_____                 By:_____
BRE'AHN BROOKS, ESQ.                                 BRUCE SCOTT DICKINSON, ESQ.
MARJORIE L. HAUF, ESQ.                               Nevada Bar No. 002297
710 S. 9th Street                                    600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV 89101                                  Las Vegas, NV 89101
Tel: 702 598 4529/ Fax 702 598 3626                  bsd@thorndal.com
Bbrooks@CourtRoomProven.com
mhauf@courtroomproven.com                            Attorneys for Defendants

Attorneys for Plaintiff

**IT IS SO ORDERED.**

**ORDER**

_____
United States Magistrate Judge
5-23-25

Submitted by:

**THORNDAL ARMSTRONG, PC**

By:_____
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV 89101
email: bsd@thorndal.com

Attorneys for Defendants