Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Bre'Ahn Brooks, Esq.
Nevada Bar No.: 15672
H&P LAW
710 S 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
mhauf@courtroomproven.com
mpfau@courtroomproven.com
bbrooks@courtroomproven.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| **Dimonique Gibbs, individually;**<br><br>Plaintiff,<br>vs.<br><br>**Bonnie Lyn Gutweiler, individually; Heding Truck Service, Inc., A Domestic Business, DOES I through X; AND ROE Corporations I through X, inclusive**,<br><br>Defendants. | Case No.: 2:23-cv-01896-JCM-MDC<br><br>**Stipulation and Order Regarding FRCP 35 Examination of Plaintiff** |

Plaintiff Dimonique Gibbs, by and through her counsel of record, H & P LAW, Defendants Bonnie Lyn Gutweiler, individually; Heding Truck Service, Inc., by and through their counsel of record, THORNDAL ARMSTRONG, PC stipulate that good cause pursuant to FRCP 35 exists for Plaintiff to undergo a Rule 35 medical examination conducted by Glen Lipson, MD on July 10, 2025 at 9 a.m. located at Western Reporting Services, 801 S. Rancho Drive, Las Vegas, NV 89106, subject to the following:

1. No other medical provider will be present during the examination other than Dr. Lipson and a member of his staff, absent agreement between the parties. Dr.

Lipson, has advised that he will be conducting the examination alone.

2. Ms. Gibbs will have a medical professional observer present at the examination. She will identify the observer and her relationship to the observer no later than twenty-four (24) hours prior to the examination.

3. The observer will not in any way interfere, obstruct, or participate in the examination and will sit behind Ms. Gibbs. NRCP 35(a)(4)(C); NRS 52.380). If the observer disrupts or attempts to participate in the examination, Dr. Lipson may terminate the examination, and the examination will be renoticed (with a different observer present) at the expense of the Plaintiff. NRS 52.380.

4. Any intake paperwork from Dr. Lipson's office must be sent to Plaintiff's counsel no later than five (5) business days prior to the examination. Ms. Gibbs will return the completed paperwork to defense counsel at least one (1) business day prior to the examination.

5. No invasive or other diagnostic testing outside of the examination itself, such as x-rays and bloodwork, may be conducted.

6. Neither Dr. Lipson nor any member of his staff may ask Ms. Gibbs questions relating to liability, the value of the case or anything that will be attorney-client privileged, however, Dr. Lipson will conduct a clinical interview and may ask questions regarding Ms. Gibbs' psychological status and the claimed injuries sustained in the subject incident.

7. Ms. Gibbs will audio record the examination. Any audio recording must be done professionally by a third party at the expense of the plaintiff. Ms. Gibbs will provide a copy of the audio recording to the Defendants within thirty (30) days of the examination. Defendants will notify Plaintiff within seven days prior to the examination if Dr. Lipson will audio record the examination. If Dr. Lipson does audio record the examination, the Defendants will provide a copy of that audio recording within thirty (30) days of the examination.

8. The examination will begin at 9:00Am and will terminate at 5:00PM. There will

STIPULATION AND ORDER REGARDING FRCP 35 EXAMINATION OF PLAINTIFF

be one hour for a lunch break and periodic breaks as needed. If, however, the examination appears as if it will take longer, Ms. Gibbs and/or Dr. Lipson and/or the observer will contact counsel to address the issue before Ms. Gibbs leaves the office.

9. Ms. Gibbs will not be required to undress for the examination but will come dressed in loose-fitting clothing to allow for examination.

10. Within 30 days of the examination, Defendants will disclose Dr. Lipson's Rule 35 exam report.

| | |
|---|---|
| DATED this 9th day of July, 2025 | DATED this 9th day of July, 2025 |
| H&P LAW | THORNDAL ARMSTRONG, PC |
| /s/ Marjorie Hauf | /s/ Bruce Scott Dickinson |
| _____ | _____ |
| Marjorie L. Hauf, Esq. | Bruce Scott Dickinson, Esq. |
| Nevada Bar No.: 8111 | Nevada Bar No. 2297 |
| Matthew G. Pfau, Esq. | 600 S. Las Vegas Boulevard |
| Nevada Bar No.: 11439 | Suite 400 |
| Bre'Ahn Brooks, Esq. | Las Vegas, NV 89101 |
| Nevada Bar No.: 15672 | Attorneys for Defendants |
| 710 S. 9th Street | *Bonnie Gutweiler and Heding Truck* |
| Las Vegas, NV 89101 | *Service, Inc.* |
| *Attorneys for Plaintiffs* | |

**ORDER**

UPON STIPULATION of the parties and with good cause shown therefore, the examination of Plaintiff Dimonique Gibbs pursuant to FRCP 35.

IT IS SO ORDERED.

Respectfully submitted by:
H&P LAW

/s/ Marjorie Hauf
Bre'Ahn Brooks, Esq.
Nevada Bar No.: 156

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 7/10/2025