Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Bre'Ahn Brooks, Esq.
Nevada Bar No.: 15672
H&P LAW
710 S 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
mhauf@courtroomproven.com
mpfau@courtroomproven.com
bbrooks@courtroomproven.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| **Dimonique Gibbs, individually;** | Case No.: 2:23-cv-01896-JCM-MDC |
| Plaintiff, | |
| vs. | |
| **Bonnie Lynn Gutweiler, individually; Heding Truck Service, Inc., A Domestic Business, DOES I through X; AND ROE Corporations I through X, inclusive**, | **Stipulation and Order to Extend Deadline for Plaintiff's and Defendant's Oppositions to Motions for Summary Judgement** |
| Defendants. | **(First Request)** |

COME NOW Plaintiff, Dimonique Gibbs by and through her counsel of record, at the law firm of H&P Law and Defendants Bonnie Lyn Gutweiler, individually; Heding Truck Service, Inc., by and through their counsel of record, THORNDAL ARMSTRONG, PC and hereby STIPULATE AND AGREE as follows:

Defendant's opposition to Plaintiff's Motion for Partial Summary Judgment on Defendants' Affirmative Defenses is currently due on May 28, 2026.

Plaintiff's Oppositions to Defendants' Motion for Partial Summary Judgment as to Plaintiff's Claim for Punitive Damages and Defendants' Motion for Partial Summary Judgment as to Plaintiff's Third and Fourth Claims for Relief against Defendant Heding Truck Service, Inc. are currently due on June 1, 2026.

Both parties require additional time to review necessary materials to complete their oppositions. Additionally, Plaintiff's counsel will be out of the jurisdiction until June 15, 2026. As such, the parties have stipulated to extend the deadlines to file their Oppositions.

IT IS HEREBY STIPULATED AGREED that Defendants' deadline to file their Opposition to Plaintiff's Motion for Partial Summary Judgment on Defendants' Affirmative Defenses be extended from May 28, 2026 to June 19, 2026.

IT IS HEREBY STIPULATED AGREED that Plaintiff's deadline to file her Reply in support of her Motion for Partial Summary Judgment on Defendants' Affirmative Defenses be extended from June 11, 2026 to June 26, 2026.

IT IS HEREBY STIPULATED AGREED that Plaintiff's deadline to file her Opposition to Defendants' Motion for Partial Summary Judgment as to Plaintiff's Claim for Punitive Damages and her Opposition to Defendants' Motion for Partial Summary Judgment as to Plaintiff's Third and Fourth Claims for Relief against Defendant Heding Truck Service, Inc. be extended from June 1, 2026 to June 19, 2026.

STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF'S AND DEFENDANT'S OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGEMENT (FIRST REQUEST)

IT IS HEREBY STIPULATED AGREED that Defendants' deadline to file their Reply in support of their Motion for Partial Summary Judgment as to Plaintiff's Claim for Punitive Damages and Motion for Partial Summary Judgment as to Plaintiff's Third and Fourth Claims for Relief against Defendant Heding Truck Service, Inc. be extended from June 15, 2026 to June 26, 2026.

DATED this 21st day of May, 2026          DATED this 21st day of May, 2026

H&P LAW                                   THORNDAL ARMSTRONG, PC

*/s/ Marjorie Hauf*                        */s/ Bruce Dickinson*

_____                  _____
Marjorie L. Hauf, Esq.                    Bruce Scott Dickinson, Esq.
Nevada Bar No.: 8111                      Nevada Bar No. 2297
Matthew G. Pfau, Esq.                     600 S. Las Vegas Boulevard
Nevada Bar No.: 11439                     Suite 400
Bre'Ahn Brooks, Esq.                      Las Vegas, NV  89101
Nevada Bar No.: 15672                     Attorneys for Defendants,
710 S. 9th Street                         *Bonnie Gutweiler and Heding Truck*
Las Vegas, NV 89101                       *Service, Inc.*
Attorneys for Plaintiff,
*Dimonique Gibbs*

**ORDER**

**IT IS SO ORDERED.**

Dated: ___May 29, 2026_____

_____
UNITED STATES DISTRICT COURT

**3** of **3**

_____
STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF'S AND DEFENDANT'S OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGEMENT (FIRST REQUEST)